FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC -2 PM 4: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20421-01-Ma |
| | ) | |
| TARIUS FREEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON GUILTY PLEA

This cause came on to be heard on December 1, 2005, the United States Attorney for this district appearing for the Government and the defendant, Tarius Freeman, appearing in person and with appointed counsel, Mr. Marty McAfee.

With leave of the Court, the defendant entered a plea of guilty to a one-count Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, March 3, 2006 at 2:30 p.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the __2d__ day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12-7-05__

5

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20421 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT